JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
ALLISON C REPPOND
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Allison.Reppond@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Hilton Gregory Liu Que Kiong Johnson; Michael Lew Kuo Liang Johnson, <br><br> Plaintiff, <br> v. <br><br> Tracy Renaud, in her official capacity as Associate Director of the Service Center Operations Directorate of U.S. Citizenship and Immigration Services; USCIS, <br><br> Defendant. | Case No. 2:22-cv-01151-APG-DJA <br><br> **Stipulation to Extend the United States' Deadline to Answer (First Request)** |

Plaintiffs Hilton Gregory Liu Que Kiong Johnson and Michael Lew Kuo Liang Johnson and the United States of America, on behalf of Federal Defendants Tracy Renaud and the United States Citizenship and Immigration Services, through counsel, hereby stipulate and agree as follows:

1. Plaintiffs filed their Complaint on July 19, 2022.

2. Plaintiffs served the United States with a copy of the Summons and Complaint on July 21, 2022.

///

3. The current deadline for Federal Defendants to answer or otherwise respond is September 19, 2022.

4. The parties have agreed that the United States shall have 180 additional days to file an answer or other responsive pleading on behalf of Federal Defendants. The parties request this additional time to allow them to engage in discussions directed at resolving this matter. The parties have begun those discussions and hope they can resolve the matter without the need for additional cost or further court intervention.

5. This stipulation is made in good faith and not for the purpose of delay.

Therefore, the parties request that the Court extend the deadline for the United States to answer or otherwise respond by March 20, 2023.

Respectfully submitted this 9th day of September 2022.

JASON M. FRIERSON
United States Attorney

/s/ Alexander R. Vail
ALEXANDER R. VAIL
2970 West Sahara Avenue
Las Vegas, Nevada 89102
alexander@vailimmigrationservices.com

*Attorney for Plaintiffs*

/s/ Allison C. Reppond
ALLISON C. REPPOND
Assistant United States Attorney

*Attorneys for the United States*

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** September 12, 2022